# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

148199 & (11)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                           SC: 148199
                                           COA: 317386
                                         Macomb CC: 2006-003114-FH

JOHN DAVID NIEMIEC,
        Defendant-Appellant.
                                                   2006-003117-FC

_____/

       On order of the Court, the application for leave to appeal the October 18, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand is DENIED.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk

t0421